UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES B., <br><br>    Plaintiff(s), <br><br>v. <br><br>KILOLO KIJAKAZI, <br><br>    Defendant(s). | Case No. 2:23-cv-00350-JCM-NJK <br><br>**ORDER** <br><br>[Docket No. 14] |

Pending before the Court is an unopposed motion to extend time for Plaintiff to file his opening brief. Docket No. 14. Plaintiff seeks a lengthy 60-day extension premised on an assertion that counsel's staff needs more time given competing work obligations. *See id.* at 1 (noting that in the next two months, "staff in Counsel's office have two hundred and two (202) Plaintiff briefs due"). Such an assertion lacks important detail, including which attorney is handling this matter and why *that attorney* cannot meet the current deadline. Moreover, that an attorney has overloaded himself is not good cause for an extension, *see, e.g.*, *Olesczuk v. Citizens One Home Loans*, 2016 U.S. Dist. Lexis 153342, at *6 n.3 (D. Nev. Nov. 4, 2016) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, at *3 (D. Nev. June 3, 2015)), which the Court has explained to the Commissioner's attorneys when they have asked for extensions based on the same reasoning, *see, e.g.*, *Fenwick v. Kijakazi*, No. 2:22-cv-01077-NJK, *Burright v. Kijakazi*, No. 2:21-cv-01288-NJK, Docket No. 25 (D. Nev. Mar. 22, 2022); *Ramirez v. Saul*, Case No. 2:19-cv-00978-NJK, Docket No. 21 (D. Nev. Oct. 16, 2019); *Gonzalez v. Berryhill*, Case No. 2:18-cv-02199-APG-NJK, Docket No. 16 (D. Nev. Apr. 16, 2019); *Betten v. Berryhill*, Case No. 2:18-cv-00536-KJD-NJK, Docket No. 24 (D. Nev. Dec. 06, 2018). In short, good cause has not been shown for the extension requested.

1

As a <u>one-time courtesy to counsel</u>, the Court will allow a 21-day extension, but the unopposed motion to extend is otherwise **DENIED**.  The deadline to file the opening brief is June 26, 2023.

IT IS SO ORDERED.

Dated: June 1, 2023

_____
Nancy J. Koppe
United States Magistrate Judge