# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CHRISTOPHER B., | Case No. 2:23-cv-00350-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| MARTIN O'MALLEY, | |
| Defendant(s). | |

Martin O'Malley is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Martin O'Malley in place of Kilolo Kijakazi.

IT IS SO ORDERED.

Dated: May 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1