# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CHRISTOPHER B., | Case No. 2:23-cv-00350-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| MARTIN O'MALLEY, | |
| Defendant(s). | |

This matter has been remanded to the undersigned to prepare a report and recommendation "on whether the ALJ properly considered the 20 C.F.R. § 404.1527(c) factors or met the 'specific and legitimate reasons' standard." Docket No. 25 at 6.  Plaintiff is hereby **ORDERED** to file a supplemental brief on these specific issues by no later than May 31, 2024.  The supplemental brief cannot exceed ten pages.  The Commissioner must file a supplemental responsive brief by June 14, 2024, which also cannot exceed ten pages.  Any reply must be filed by June 21, 2024, and cannot exceed five pages.

IT IS SO ORDERED.

Dated: May 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge