**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #2:23-cv-00350-JCM-NJK

JAMES CHRISTOPHER BUTCHER,

    Plaintiff(s),

  vs.

MARTIN O'MALLEY,
Commissioner of Social Security,
    Defendant(s).

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

   Chelsea W. Ryan   , Petitioner, respectfully represents to the Court:
   (name of petitioner)

1.  That Petitioner is an attorney at law and a member of the law firm of

        Olinsky Law Group
        (firm name)

with offices at      250 S. Clinton Street, Suite 210
        (street address)

   Syracuse   , New York      13202  ,
   (city)     (state)     (zip code)

  (315) 701-5780  ,  cryan@windisability.com
 (area code + telephone number)   (Email address)

2.  That Petitioner has been retained personally or as a member of the law firm by

 James Christopher Butcher, Plaintiff  to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____5/28/2013_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of Colorado ▾
                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C., District of Colorado | 8/30/2017 | |
| U.S.D.C., Northern District of New York | 10/19/2022 | 703965 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

The Colorado Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                          _Chelsea W Ryan_
                                              Petitioner's signature
     STATE OF Colorado ☐ )

5    COUNTY OF Jackson        )

6

7        _Chelsea W. Ryan_ Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                          _Chelsea W Ryan_
                                              Petitioner's signature
10   Subscribed and sworn to before me this

11   _22nd_ day of _May_, _2024_

12

13   _Michelle Shuler_

14        Notary Public or Clerk of Court

| MICHELLE SHULER |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20074016585 |
| MY COMMISSION EXPIRES 04/26/2027 |

15

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
     **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate _____ Hal Taylor _____,
                                                                        (name of local counsel)
20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action. The address and email address of

22   said designated Nevada counsel is:

23                              2551 West Lakeridge Shores
                                    (street address)
24
         Reno                , Nevada              ☐,        89509
25       (city)                       (state)              (zip code)

26      (775) 825-2223      ,      haltaylorlawyer@gbis.com      .
     (area code + telephone number)        (Email address)
27

28                                        4

                                                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Hal Taylor _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James Christopher Butcher, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4399                          haltaylorlawyer@gbis.com
Bar number                    Email address

APPROVED:

Dated: May 29, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# EXHIBIT A



**STATE OF COLORADO, ss:**

I, ___**Cheryl Stevens**___, Clerk of the Supreme Court of t h e   S t a t e

o f  Colorado, do hereby certify that

_____**Chelsea Williams Ryan**_____

has been duly licensed and admitted to practice as an

_ATTORNEY AND COUNSELOR AT LAW_

within this State; and that his/her name appears upon the Roll of
Attorneys

and Counselors at Law in my office of date the ___**28th**___

day of __**May**_____ A.D. ___**2013**___  and that at the date

hereof the said ___**Chelsea Williams Ryan**_____ is in good standing

a t  this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and
affixed the Seal of said Supreme Court, at Denver, in said State, this
___**24th**___ day of_____**May**_____ A.D. **2024**

**Cheryl Stevens**
_____
                                          **Clerk**

By _____

                                     **Deputy Clerk**